Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 16−32030−JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary L Smiley
   400 South County Blvd
   Egg Harbor City, NJ 08215

Social Security No.:
   xxx−xx−2698

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               April 20, 2021
Time:              11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*36* – CERTIFICATION in Opposition to Stay Relief (related document:35 Creditor's Certification of Default (related document:23 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Harley−Davidson Credit Corp.. Objection deadline is 03/31/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Harley−Davidson Credit Corp.) filed by Thomas E. Dowey on behalf of Gary L Smiley. (Dowey, Thomas) Modified on 3/23/2021 TO CLARIFY TEXT (eag)

and transact such other business as may properly come before the meeting.


Dated: March 23, 2021
JAN: eag

                                                                                                   Jeanne Naughton
                                                                                                  Clerk