| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gary L Smiley <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2698 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–32030–JNP | | |

# Order of Discharge                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Gary L Smiley

<u>2/7/22</u>                                                                                     **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 16-32030-JNP
Gary L Smiley                                                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 3
Date Rcvd: Feb 07, 2022             Form ID: 3180W                Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary L Smiley, 400 South County Blvd, Egg Harbor City, NJ 08215-3031 |
| cr | + | ARVEST CENTRAL MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Harley-Davidson Credit Corp., POB 340514, Tampa, FL 33694-0514 |
| 516721256 | + | ARVEST CENTRAL MORTGAGE COMPANY, 801 John Barrow Road, Suite #1, Little Rock, AR 72205-6511 |
| 516505742 | + | Atlantic Emergency Asso, P.O. Box 120153, Grand Rapids, MI 49528-0103 |
| 516677581 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516505750 | + | Exxon Gas Card, P.O. Box 9001011, Louisville, KY 40290-1011 |
| 516505753 | + | Harley Davidson Credit Corp, Dept 15129, 5505 N. Cumberland Ave. Suite 307, Chicago, IL 60656-4761 |
| 516564244 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 516505755 | + | Stern & Eisenberg PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516750261 | | EDI: AIS.COM | Feb 08 2022 01:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516505741 | + | EDI: APPLIEDBANK.COM | Feb 08 2022 01:33:00 | Applied Bank, P.O. Box 70165, Philadelphia, PA 19176-0165 |
| 516505743 | | EDI: BANKAMER.COM | Feb 08 2022 01:33:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 516505744 | + | EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 516505745 | + | EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Capital One, P.O. Box 26625, Richmond, VA 23261-6625 |
| 516505747 | + | Email/Text: bankruptcy@arvest.com | Feb 07 2022 20:36:00 | Central Mortgage Co., 801 John Barrow Rd, Suite 1, Little Rock, AR 72205-6511 |
| 516505748 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 07 2022 20:34:56 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 516505749 | + | EDI: DISCOVER.COM | Feb 08 2022 01:33:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 516516449 | | EDI: DISCOVER.COM | Feb 08 2022 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516588847 | + | Email/Text: EBN@edfinancial.com | Feb 07 2022 20:35:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN |

Case 16-32030-JNP  Doc 49  Filed 02/09/22  Entered 02/10/22 00:13:02  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 37922-2359 |
| 516505752 | | Email/Text: BNSFS@capitalsvcs.com | Feb 07 2022 20:35:00 | First Savings Bank, P.O. Box 2509, Omaha, NE 68103 |
| 516505751 | + | EDI: BLUESTEM | Feb 08 2022 01:33:00 | Finger Hut, P.O. Box 166, Newark, NJ 07101-0166 |
| 516564244 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 07 2022 20:35:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 516533162 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2022 20:35:07 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516533164 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 07 2022 20:34:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516505754 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 07 2022 20:34:59 | Merrick Bank, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 516765943 | | EDI: PRA.COM | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516765923 | | EDI: PRA.COM | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 516578142 | | EDI: Q3G.COM | Feb 08 2022 01:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516668321 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516548138 | | EDI: WFFC.COM | Feb 08 2022 01:33:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 516505756 | + | EDI: WFFC.COM | Feb 08 2022 01:33:00 | Wells Fargo Dealer Servicies, P.O. Box 168048, Irving, TX 75016-8048 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516505746 | *+ | Capital One, P.O. Box 26625, Richmond, VA 23261-6625 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C. Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY shay@bbs-law.com  jpshay@gmail.com |
| Steven P. Kelly | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| Thomas E. Dowey | on behalf of Debtor Gary L Smiley tdesquire@hotmail.com |

TOTAL: 10